UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSE VILLAVICENCIO,

    Plaintiff,

  v.

JUDGE STEPHANIE MINGO,

    Defendant.

:
:
:

Case No. 2:25-cv-993
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth A. Preston Deavers

## ORDER

This matter is before the Court on the Magistrate Judge's October 7, 2025 Report and Recommendation. (ECF No. 8.) There, the Magistrate Judge performed an initial screen of Plaintiff Jose Villavicencio's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Complaint be dismissed for lack of subject-matter jurisdiction. (*Id.*) The time for filing objections has passed, and no objections have been filed.

The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 8) and **DISMISSES** the Complaint (ECF No. 9). The Court further **CERTIFIES** that any appeal of the above-captioned action would not be taken in good faith.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**